**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRITTANY T. GUMBINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 cv 01749 |
| | ) | |
| ALPHA BLOCK LOGISTICS, LLC, | ) | Judge: Honorable Gary Feinerman |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned attorney, Peniel Manigat, hereby requests that this Honorable Court grant him leave to withdraw from representation of Plaintiff, Brittany Gumbiner, in the above-captioned matter. In support of this Motion, counsels states further:

1. A significant and irreconcilable conflict has arisen between Plaintiff, Brittany Gumbiner, and their attorneys. As a result Peniel Manigat is not able to continue the attorney client relationship.

2. Ms. Gumbiner has been advised of Mr. Manigat's intention to withdraw.

3. Ms. Gumbiner has been advised that she should hire new counsel.

4. Ms. Gumbiner has been advised of upcoming statuses.

5. The "Notification of Party Contact Information" is attached to this motion.

6. Plaintiff will not be prejudiced by the undersigned attorney's withdrawal at this time.

WHEREFORE, the undersigned respectfully request that this Court enter an Order allowing the undersigned attorneys' withdrawals.

1

Respectfully Submitted,

/s/ Peniel Manigat
Peniel Manigat

Dated:  July 6, 2019

Peniel Manigat
150 N. Michigan, Suite 800
Chicago, Illinois 60604
(312) 217-3221

2